NOT FOR PUBLICATION

**FILED**

UNITED STATES COURT OF APPEALS

FEB 29 2024

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 23-683 |
| Plaintiff - Appellee, | D.C. No. 2:19-cr-00035-RAJ-1 |
| v. | |
| RHETT IRONS, AKA Lucky, AKA Luck, | MEMORANDUM* |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Western District of Washington
Richard A. Jones, District Judge, Presiding

Submitted February 21, 2024**

Before:    FERNANDEZ, NGUYEN, and OWENS, Circuit Judges.

Rhett Irons appeals from the district court's amended judgment imposing a

reduced sentence of 120 months following Irons's retrial and acquittal on one of

the counts of conviction.  Pursuant to *Anders v. California*, 386 U.S. 738 (1967),

Irons's counsel has filed a brief stating that there are no grounds for relief, along

---

*        This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

**        The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

with a motion to withdraw as counsel of record. We have provided Irons the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**